No. 87–2106.  KASCHAK *v.* SUPERIOR COURT OF CALIFORNIA, KERN COUNTY (PINE MOUNTAIN CLUB PROPERTY OWNERS'

ASSN., REAL PARTY IN INTEREST). Ct. App. Cal., 5th App. Dist. Certiorari denied.